**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SANTA ANA DIVISION**

| | | |
|---|---|---|
| In re:   Mega Development Group LLC | § § § | Case No. 8:17-BK-11334 MW |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　　WENETA M.A. KOSMALA, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $0.00                          Assets Exempt:    $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants:   $986,483.51         Claims Discharged
                                                       Without Payment:  $33,000.00

Total Expenses of Administration:  $204,121.36

---

　　　3) Total gross receipts of $1,190,604.87 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $1,190,604.87 from liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | 845,000.00 | 976,485.95 | 976,485.95 | 976,485.95 |
| PRIORITY CLAIMS |  |  |  |  |
|    CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 224,298.73 | 224,298.73 | 202,996.36 |
|    PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 1,125.00 | 1,125.00 | 1,125.00 |
|    PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 2,476.76 | 2,476.76 | 2,476.76 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 33,000.00 | 7,520.80 | 7,520.80 | 7,520.80 |
| **TOTAL DISBURSEMENTS** | **$878,000.00** | **$1,211,907.24** | **$1,211,907.24** | **$1,190,604.87** |

     4)  This case was originally filed under Chapter 11 on 04/05/2017 and it was converted to Chapter 7 on 09/25/2017.  The case was pending for 22 months.

     5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/16/2019          By: /s/ WENETA M.A. KOSMALA
                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 - GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 33932 Valencia Place Dana Point CA | 1110-000 | 1,105,604.87 |
| 33932 Valencia Place Dana Point CA | 1210-000 | 85,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$1,190,604.87** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 - FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRANS. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | |

### EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | County of Orange | 4110-000 | N/A | 38,985.95 | 38,985.95 | 38,985.95 |
| NOTFILED | Morrie Zagha | 4110-000 | 845,000.00 | 0.00 | 0.00 | 0.00 |
| | Ress Financial | 4110-000 | N/A | 937,500.00 | 937,500.00 | 937,500.00 |
| **TOTAL SECURED CLAIMS** | | | **$845,000.00** | **$976,485.95** | **$976,485.95** | **$976,485.95** |

### EXHIBIT 4 - CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| WENETA M.A. KOSMALA | 2100-000 | N/A | 58,973.19 | 58,973.19 | 50,091.88 |
| WENETA M.A. KOSMALA | 2200-000 | N/A | 184.00 | 184.00 | 156.29 |
| Weiland Golden Goodrich LLP | 3210-000 | N/A | 80,685.00 | 80,685.00 | 68,533.91 |
| Weiland Golden Goodrich LLP | 3220-000 | N/A | 1,608.66 | 1,608.66 | 1,366.40 |
| HAHN FIFE & COMPANY, LLP | 3410-000 | N/A | 1,000.00 | 1,000.00 | 1,000.00 |
| U.S. Courthouse United States Marshals Service/Civil Section | 2420-000 | N/A | 1,611.16 | 1,611.16 | 1,611.16 |
| First American Title Company | 2500-000 | N/A | 4,119.52 | 4,119.52 | 4,119.52 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Mariners Escrow Corporation | 2500-000 | N/A | 4,574.20 | 4,574.20 | 4,574.20 |
| Paul Konapelsky | 2500-000 | N/A | 35,550.00 | 35,550.00 | 35,550.00 |
| CLARENCE YOSHIKANE | 3510-000 | N/A | 443.00 | 443.00 | 443.00 |
| Pacific Sotheby's | 3510-000 | N/A | 35,550.00 | 35,550.00 | 35,550.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES and CHARGES** | | **N/A** | **$224,298.73** | **$224,298.73** | **$202,996.36** |

### EXHIBIT 5 - PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| United States Trustee | 6990-000 | N/A | 325.00 | 325.00 | 325.00 |
| FRANCHISE TAX BOARD | 6990-000 | N/A | 800.00 | 800.00 | 800.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES and CHARGES** | | **N/A** | **$1,125.00** | **$1,125.00** | **$1,125.00** |

### EXHIBIT 6 - PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Franchise Tax Board | 5800-000 | N/A | 2,476.76 | 2,476.76 | 2,476.76 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | **N/A** | **$2,476.76** | **$2,476.76** | **$2,476.76** |

### EXHIBIT 7 - GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Franchise Tax Board | 7100-000 | N/A | 225.29 | 225.29 | 225.29 |
| NOTFILED | Larry Rothman, Esq. | 7100-000 | 33,000.00 | 0.00 | 0.00 | 0.00 |
|  | COUNTY OF ORANGE | 7100-000 | N/A | 7,295.51 | 7,295.51 | 7,295.51 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | **$33,000.00** | **$7,520.80** | **$7,520.80** | **$7,520.80** |

**UST Form 101-7-TDR (10/1/2010)**

FORM 1     Exhibit 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES     Page: 1

**Case Number:** 8:17-BK-11334 MW  
**Case Name:** Mega Development Group LLC  
**Period Ending:** 07/16/19

**Trustee:** WENETA M.A. KOSMALA  
**Filed (f) or Converted (c):** 09/25/17 (c)  
**§341(a) Meeting Date:** 11/02/17  
**Claims Bar Date:** 05/01/18

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 33932 Valencia Place Dana Point CA (u) | 0.00 | 1,150,000.00 | | 1,190,604.87 | FA |
| **TOTALS** (Excluding Unknown Values) | | **$0.00** | **$1,150,000.00** | | **$1,190,604.87** | **$0.00** |

**Major activities affecting case closing:**
The Trustee administered the Debtor's sole asset resulting in a 100% distribution to pre-petition creditors of this estate. Trustee and Trustee's counsel voluntarily reduced fees 15% to allow for a 100% distribution to all creditors.

09/30/2018 SUMMARY:  Trustee pursuing the sale of real property located at 33932 Valencia Place, Dana Point, CA 92629 ("Property") for the benefit of Creditors.

TAX STATUS:  3/4/2019 2019 Estate Information Tax Return Forms 1065/568; Estate Liability: Federal $0; State $800.

ASSET STATUS:  Trustee pursuing the sale of real property located at 33932 Valencia Place, Dana Point, CA 92629 ("Property") for the benefit of Creditors.

    On April 5, 2017, Debtor filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code, case no. 8:17-bk-11334-MW. Upon motion by the United States Trustee, the case was converted to one under Chapter 7. Weneta M.A. Kosmala was appointed Chapter 7 trustee on or about September 27, 2017. Debtor's amended schedules list the real property located at 33932 Valencia Place, Dana Point, California (the "Property"), which Debtor valued at $2,000,000. Debtor scheduled a first trust deed against the Property in the amount of $845,000, a property tax lien in the amount of $19,083.31, and only one unsecured claim, which is a non-priority unsecured claim in the amount of $33,000.

    The Trustee successfully opposed Debtor's motion for reconsideration of the order that converted Debtor's case to Chapter 7.

On November 27, 2017, the Trustee filed her motion to compel Debtor to cooperate with the Trustee, turn over the Property, and attend all meetings of creditors pursuant to 11 U.S.C. § 341(a). The motion was granted by order entered January 18, 2018. Thereafter, the Trustee gained access to the Property for inspection purposes.

Initially, the Trustee attempted to negotiate a buyout of the equity in the Property with Debtor's principal, Lee Durst. The Trustee gave Debtor's principals many opportunities to obtain financing or funds to purchase the equity in the Property. Debtor's principal was unable to come up with the funds to purchase the equity in the Property.

On March 30, 2018, the Trustee filed her application to employ HOM/Sotheby's International Realty as her broker to sell the Property, which was approved by order entered April 23, 2018. The Property is listed at a purchase price of $1,299,000. Over the course of a couple of months, Debtor failed to cooperate with providing access to the Property for showings, and the Trustee's counsel had to intervene in order to ensure Debtor's cooperation with the real estate agents to show the Property. The Trustee recently received two offers for the Property at $1,199,900. The potential buyers are performing their inspections. Principal of the Debtor continues to interfere with the sale of the property and has not been cooperating which requires further involvement of counsel.

INSURANCE STATUS:  State Farm General Insurance Company Policy No. 92-EW-E221-1, 900 Old River Road, Bakersfield, CA 93311-9501; Agent Steve Edmondson, Suite 226, 647 Camino de los Mares, San Clemente, CA 92673-2860 (949) 487-1000; Property Address 33932 Valencia Place, Dana Point, CA 92629-2227; Term 4/10/18-4/10/19.

LITIGATION STATUS:  None

OPEN ISSUES: None

3/25/2019 Entered Order Granting Trustee's Motion Under LBR 2016-2 For Authorization To Employ Hahn Fife & Company LLP As A Tax Preparer, And To Pay $1,000.00 (not to exceed $1,000.00 unless the court orders otherwise) To The Tax Preparer Is Granted.

FORM 1  
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**  
**ASSET CASES**

Exhibit 8

Page: 2

2/28/2019  Notice to Pay Court Costs Due Sent To: Weneta M A Kosmala, Trustee, Total Amount Due $0.

2/27/2019  Notice to professionals to file application for compensation.

1/7/2019  Entered Order Granting Chapter 7 Trustee's Ex Parte Application For Issuance Of Writ Of Execution Pursuant To Order Entered On December 3, 2018 On Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property Free And Clear Of Liens, Claims, And Interests Pursuant To 11 U.S.C. Sections 262(b) And (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, And Back-up Bidder As Good-Faith Purchaser Pursuant To 11 U.S.C. Section 363(m); (4) Authorizing Payment Of Undisputed Liens, Real Estate Broker's Commissions And Other Ordinary Costs Of Sale; And (5) Directing All Occupants Of The Property To Vacate And Remove Their Possessions.

12/20/2018  Entered Order Denying With Prejudice Debtor's Ex Parte Application For Order Staying All Proceedings Until Court Of Appeals Rules On Debtor's Appeal.

12/18/2018  Entered Order On Ex-Parte Application For Order Staying All Proceedings Until The Court Of Appeals Rules On Debtor's Appeal.  IT IS ORDERED: Debtor's Application For A Stay/Injunction Pending Final Decision Of The 9th Circuit Court Of Appeal Is Hereby Denied.

12/03/2018  Entered Order Granting Chapter 7 Trustee's Motion For Order: (1) Authorizing Sale Of Real Property (33932 Valencia Place, Dana Point, CA 92629) Free And Clear Of Liens, Claims, And Interests for $1,185,000.00 Pursuant To 11 U.S.C. Sections 363(b) And (f); (2) Approving Overbid Procedures; (3) Approving Buyer, Successful Bidder, And Back-Up Bidder As Good-Faith Purchaser Pursuant To 11 U.S.C. Section 363(m); (4) Authorizing Payment Of Undisputed Liens, Real Estate Broker's Commissions And Other Ordinary Costs Of Sale; And (5) Directing All Occupants Of The Property To Vacate And Remove Their Possessions; The United States Marshal, in taking possession of the Property, shall employ whatever reasonable force is necessary to enter the Property, regardless of whether the Property is locked or unlocked, occupied or unoccupied.

11/16/2018  Entered Order Continuing Hearing from November 19, 2018 hearing on the Chapter 7 Trustee's Motion for Order Authorizing Sale of Real Property, etc., to November 26, 2018 at 2:00 p.m. in Courtroom 6C, 411 W. 4th Street, Santa Ana, 92701.

6/15/2018  Meeting of Creditors Held and Concluded (Chapter 7 Asset).

4/23/2018  Entered Order Approving Application Of The Chapter 7 Trustee To Employ Real Estate Broker (HOM / Sotheby's International Realty) and Agent Clarence Yoshikane Pursuant To 11 U.S.C. Sections 327 And 328 to market and sell the Property upon the terms and conditions set forth in the Application and in the Listing Agreement attached as Exhibit "1" to the Application, and to execute the Listing Agreement and any and all other ancillary documents necessary to list the Property for sale.

1/27/2018  Notice of Assets filed by trustee and court's notice of possible dividend; Proofs of Claims due by 5/1/2018. Government Proof of Claim due by 3/26/2018.

1/19/2018  Entered Order Granting Chapter 7 Trustee's Motion for Order Compelling Debtor to (1) Cooperate with the Trustee Pursuant to 11 U.S.C. § 521; (2) Turn Over Property of the Estate Pursuant to 11 U.S.C. § 542; and (3) Attend the Meeting of Creditors Pursuant to 11 U.S.C. § 341(a); Debtor shall immediately (a) cooperate with the Trustee, her counsel and the Agent; (b) provide the agent with access to the property to conduct a physical interior and exterior inspection; (c) provide the Trustee with a key to the Property; (d) permit the agent to install a lock box and a "For Sale" sign on the property, hold open houses, and show the Property to prospective buyers; (e) cooperate with any reasonable request made by the Trustee, her counsel or the agent to assist the Trustee in taking control of, marketing, and selling the Property; and (f) not take any action to frustrate, undermine, delay or hinder the Trustee, her counsel or the Agent's efforts to take control of, market, and sell the Property; Debtor shall turn over the Property to the Trustee to market and sell the Property, and Debtor shall attend all Meetings of creditors; a subpoena shall be issued compelling Debtor's attendance at the next Meeting of Creditors and any subsequent Meeting of Creditors.

1/18/2018  Recorded Certified Chapter 7 Petition with Orange County Clerk-Recorder's Office; document no. 2018000018045.

1/9/2018  Entered Order Denying With Prejudice Debtor's Motion for Reconsideration of Court Order to Convert Case to Chapter 7 Pursuant to Federal Rules 60 and Rule 9024.

12/21/2017  Entered Order Granting Application of the Chapter 7 Trustee to Employ Counsel Lobel Weiland Golden Friedman LLP. with compensation to be determined and paid at the expenses of the Estate upon further order of the Court, pursuant to 11 U.S.C. §§ 330 and 331.

**Initial Projected Date of Final Report (TFR):** August 31, 2020        **Current Projected Date of Final Report (TFR):** March 20, 2019 (Actual)

Exhibit 9

# Form 2
# Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 8:17-BK-11334 MW | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|
| Case Name: | Mega Development Group LLC | Bank Name: | Signature Bank |
| | | Account: | ******9881 - Checking |
| Taxpayer ID#: | **-***3715 | Blanket Bond: | $1,800,000.00 (per case limit) |
| Period Ending: | 07/16/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 10/10/18 | Asset #1 | DAVID BUSKIRK | EMD for purchase of real property | 1210-000 | 40,000.00 | | 40,000.00 |
| 11/26/18 | Asset #1 | Barbara Lang | Back up Bidder earnest money deposit | 1210-000 | 40,000.00 | | 80,000.00 |
| 11/26/18 | Asset #1 | Barbara Lang | Back up Bidder earnest money deposit | 1210-000 | 5,000.00 | | 85,000.00 |
| 02/14/19 | Asset #1 1001 | Barbara Lang | Return of backup bidder EMD re 33932 Valencia, Dana Point, CA | 1110-000 | -45,000.00 | | 40,000.00 |
| 02/21/19 | | Mariners Escrow | 33932 Valencia Place, Dana Point, CA 92629 sold to The Buskirk Family Trust for $1,185,000 per Court Order | | 87,029.69 | | 127,029.69 |
| 02/21/19 | Asset #1 | The Buskirkk Family Trust dated September 17, 2009 | 33932 Valencia Place, Dana Point, CA 92629 sold to The Buskirk Family Trust for $1,185,000 per Court Order | 1,145,000.00 | 1110-000 | | 127,029.69 |
| 02/21/19 | Asset #1 | The Buskirkk Family Trust dated September 17, 2009 | Property Tax paid by buyer for 2/15/19 to 7/1/19 | 5,604.87 | 1110-000 | | 127,029.69 |
| 02/21/19 | | First American Title Company | Title Charges | -4,119.52 | 2500-000 | | 127,029.69 |
| 02/21/19 | | Mariners Escrow Corporation | Escrow Charges | -3,353.75 | 2500-000 | | 127,029.69 |
| 02/21/19 | | Mariners Escrow Corporation | Additional Disbursements: 75.50 locksmith charges; 89.95 Natural Hazard Disclosures; 30 Wire Fee 25 Messenger Fee 1,000 Property Haul Out expense | -1,220.45 | 2500-000 | | 127,029.69 |
| 02/21/19 | | Pacific Sotheby's | listing broker commission | -35,550.00 | 3510-000 | | 127,029.69 |
| 02/21/19 | | Paul Konapelsky | Selling broker | -35,550.00 | 2500-000 | | 127,029.69 |
| 02/21/19 | | Ress Financial | Loan Payoff | -937,500.00 | 4110-000 | | 127,029.69 |
| 02/21/19 | | County of Orange | Payoff of property taxes to the County of Orange - demand in escrow $46,281.46; proof of claim filed was $38,985.95 | -38,985.95 | 4700-000 | | 127,029.69 |

Exhibit 9

## Form 2
## Cash Receipts and Disbursements Record

Page: 2

| Case Number: | 8:17-BK-11334 MW | | Trustee: | WENETA M.A. KOSMALA |
|---|---|---|---|---|
| Case Name: | Mega Development Group LLC | | Bank Name: | Signature Bank |
| | | | Account: | ******9881 - Checking |
| Taxpayer ID#: | **-***3715 | | Blanket Bond: | $1,800,000.00 (per case limit) |
| Period Ending: | 07/16/19 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 02/21/19 | | COUNTY OF ORANGE | Payoff of property taxes to the County of Orange - demand in escrow $46,281.40 proof of claim filed was $38,985.95; balance of $7,295.51 secured by real property but not included in proof of claim   -7,295.51 | 7100-000 | | | 127,029.69 |
| 03/12/19 | 1002 | U.S. Courthouse United States Marshals Service/Civil Section | IN RE: MEGA DEVELOPMENT 8:17-BK-11334-MW FULL AND FINAL PAYMENT OF U.S. MARSHALL EVICTION SERVICES FOR REAL PROPERTY LOCATED AT 33932 VALENCIA PLACE, DANA POINT, CA | 2420-000 | | 1,611.16 | 125,418.53 |
| 03/12/19 | 1003 | CLARENCE YOSHIKANE | REIMBURSEMENT OF EMERGENCY LOCKSMITH INVOICE NO. 6521 FOR $280; INVOICE NO. 6522 FOR $62; INVOICE NO. 6504 FOR $100 FOR REAL PROPERTY LOCATED AT 33932 VALENCIAL PLACE, DANA POINT, CA | 3510-000 | | 443.00 | 124,975.53 |
| 05/22/19 | 1004 | HAHN FIFE & COMPANY, LLP | Dividend of 100.000000000% | 3410-000 | | 1,000.00 | 123,975.53 |
| 05/22/19 | 1005 | FRANCHISE TAX BOARD | Dividend of 100.000000000%, Claim No. 4 | 6990-000 | | 800.00 | 123,175.53 |
| 05/22/19 | 1006 | United States Trustee | Dividend of 100.000000000%, Claim No. 3 | 6990-000 | | 325.00 | 122,850.53 |
| 05/22/19 | 1007 | Franchise Tax Board | Dividend of 100.000000000%, Claim No. 2 | 5800-000 | | 2,476.76 | 120,373.77 |
| 05/22/19 | 1008 | Franchise Tax Board | Dividend of 100.000000000%, Claim No. 2 | 7100-000 | | 225.29 | 120,148.48 |
| 05/22/19 | 1009 | Weiland Golden Goodrich LLP | Dividend of 84.940090498% | 3210-000 | | 68,533.91 | 51,614.57 |
| 05/22/19 | 1010 | Weiland Golden Goodrich LLP | Dividend of 84.940090498% | 3220-000 | | 1,366.40 | 50,248.17 |
| 05/22/19 | 1011 | WENETA M.A. KOSMALA | Dividend of 84.940090498% | 2100-000 | | 50,091.88 | 156.29 |

Exhibit 9

# Form 2
## Cash Receipts and Disbursements Record

Page: 3

| Case Number: | 8:17-BK-11334 MW | Trustee: | WENETA M.A. KOSMALA |
| --- | --- | --- | --- |
| Case Name: | Mega Development Group LLC | Bank Name: | Signature Bank |
| | | Account: | ******9881 - Checking |
| Taxpayer ID#: | **-***3715 | Blanket Bond: | $1,800,000.00 (per case limit) |
| Period Ending: | 07/16/19 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/22/19 | 1012 | WENETA M.A. KOSMALA | Dividend of 84.940090498% | 2200-000 | | 156.29 | 0.00 |

|  |  |  |
| --- | --- | --- |
| **ACCOUNT TOTALS** | 127,029.69 | 127,029.69 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 127,029.69 | 127,029.69 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$127,029.69** | **$127,029.69** | |

| | | |
| --- | --- | --- |
| Net Receipts: | $127,029.69 |
| Plus Gross Adjustments: | 1,063,575.18 |
| Net Estate: | $1,190,604.87 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **Checking # ******9881** | 127,029.69 | 127,029.69 | 0.00 |
| | **$127,029.69** | **$127,029.69** | **$0.00** |